| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Zheng "Andy" Liu (SBN 279327)<br>Aptum Law<br>1660 S Amphlett Blvd Suite 315<br>San Mateo, CA 94402<br>Tel.: (650) 475-6289<br>Email: Andy.Liu@AptumLaw.us<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Bin Zhang<br><br><br><br><br><br><br><br>                                                       Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

                                                                                            *Bin Zhang*

Date: 02/02/2026    Bin Zhang_____    _____
                    Printed name of Debtor 1                              Signature of Debtor 1

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                              **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                         Printed name of Debtor 2                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                         **F 1002-1.EMP.INCOME.DEC**

# Earnings Statement

**ADP**

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Period Beginning: 11/24/2025
Period Ending: 12/07/2025
Pay Date: 12/12/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BIN ZHANG**
**33276 ALAGON ST**
**TEMECULA CA 92592**

Social Security Number: XXX-XX-3578

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 54.0867 | 12.50 | 676.08 | 7,355.78 |
| DOUBLE TIME | 36.0578 | 12.50 | 901.45 | 2,920.68 |
| Regular | | | | 24,807.74 |
| Holiday | | | | 576.92 |
| Vacation | | | | 576.92 |
| **Gross Pay** | | | **$1,577.53** | 36,238.04 |

$676.08, 12.50 Overtime Hours for 11/10/25 - 11/23/25

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,487.03

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -98.06 | 2,199.18 |
| | Medicare Tax | -22.93 | 514.32 |
| | CA State Income Tax | -29.92 | 1,654.53 |
| | CA SDI Tax | -18.93 | 425.05 |
| | Federal Income Tax | | 1,592.42 |
| | **Other** | | |
| | 401K Pre-Tax | -94.65* | 440.81 |
| | Dental Pre-Tax | | 102.42 |
| | Medical Pre-Tax | | 639.72 |
| | Vision Pre-Tax | | 75.06 |
| | **Net Pay** | **$1,313.04** | |
| | Checking Acct | -1,313.04 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Ins | 4.15 | 49.80 |
| 401K Match | 70.99 | 330.61 |
| 401K Non-Elect | 47.33 | 220.41 |
| Totl Hrs Worked | 25.00 | |

**Important Notes**
COMPANY PH#:+1 872 355 9760

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:           Single
Exemptions/Allowances:
  CA:           0

$901.45, 12.50 Double Time Hours for 11/10/25 - 11/23/25

© 2000 ADP, Inc.

---

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

**Advice number:** 00000500164
Pay date: 12/12/2025

**Deposited to the account of**
**BIN ZHANG**



| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3804 | xxxx xxxx | $1,313.04 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Period Beginning: 11/24/2025
Period Ending: 12/07/2025
Pay Date: 12/12/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

**BIN ZHANG**
**33276 ALAGON ST**
**TEMECULA CA 92592**

Social Security Number: XXX-XX-3578

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 64.00 | 2,307.70 | 27,115.44 |
| Overtime | 54.0867 | 18.50 | 1,000.60 | 8,356.38 |
| DOUBLE TIME | 72.1156 | .50 | 36.06 | 2,956.74 |
| Holiday | 36.0578 | 16.00 | 576.92 | 1,153.84 |
| Vacation | | | | 576.92 |
| **Gross Pay** | | | **$3,921.28** | 40,159.32 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -202.35 | 1,794.77 |
| | Social Security Tax | -237.75 | 2,436.93 |
| | Medicare Tax | -55.61 | 569.93 |
| | CA State Income Tax | -203.67 | 1,858.20 |
| | CA SDI Tax | -45.97 | 471.02 |
| | **Other** | | |
| | Accident | -12.46 | |
| | Dental Pre-Tax | -11.38* | 113.80 |
| | Medical Pre-Tax | -71.08* | 710.80 |
| | Vision Pre-Tax | -8.34* | 83.40 |
| | 401K Pre-Tax | -200.66* | 641.47 |
| **Net Pay** | | **$2,872.01** | |
| | Checking Acct | -2,872.01 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$3,633.97

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Group Term Ins | 4.15 | 53.95 |
| 401K Match | 150.50 | 481.11 |
| 401K Non-Elect | 117.64 | 338.05 |
| Totl Hrs Worked | 83.00 | |

**Important Notes**
COMPANY PH#:+1 872 355 9760

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 CA: Single
Exemptions/Allowances:
 CA: 0

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

**Advice number:** 00000500165
Pay date: 12/12/2025

**Deposited to the account of**
**BIN ZHANG**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3804 | xxxx xxxx | $2,872.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Period Beginning: 12/08/2025
Period Ending: 12/21/2025
Pay Date: 12/26/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BIN ZHANG**
**33276 ALAGON ST**
**TEMECULA CA 92592**

Social Security Number: XXX-XX-3578

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 72.00 | 2,596.16 | 29,711.60 |
| Vacation | 36.0578 | 8.00 | 288.46 | 865.38 |
| Overtime | | | | 8,356.38 |
| DOUBLE TIME | | | | 2,956.74 |
| Holiday | | | | 1,153.84 |
| **Gross Pay** | | | **$2,884.62** | 43,043.94 |

Your federal taxable wages this period are $2,642.20

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -83.34 | 1,878.11 |
| | Social Security Tax | -173.47 | 2,610.40 |
| | Medicare Tax | -40.57 | 610.50 |
| | CA State Income Tax | -106.32 | 1,964.52 |
| | CA SDI Tax | -33.52 | 504.54 |
| | **Other** | | |
| | Accident | -12.46 | |
| | Dental Pre-Tax | -11.38* | 125.18 |
| | Medical Pre-Tax | -71.08* | 781.88 |
| | Vision Pre-Tax | -8.34* | 91.74 |
| | 401K Pre-Tax | -155.77* | 797.24 |
| | **Net Pay** | | **$2,188.37** |
| | Checking Acct | -2,188.37 | |
| | **Net Check** | | **$0.00** |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Group Term Ins | 4.15 | 58.10 |
| 401K Match | 116.83 | 597.94 |
| 401K Non-Elect | 86.54 | 424.59 |
| Totl Hrs Worked | 72.00 | |

**Important Notes**
COMPANY PH#:+1 872 355 9760

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:       Single
Exemptions/Allowances:
  CA:       0

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Advice number: 00000520159
Pay date: 12/26/2025



**Deposited to the account of**
**BIN ZHANG**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3804 | xxxx xxxx | $2,188.37 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Period Beginning: 12/22/2025
Period Ending: 01/04/2026
Pay Date: 01/09/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BIN ZHANG**
**33276 ALAGON ST**
**TEMECULA CA 92592**

Social Security Number: XXX-XX-3578

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 56.00 | 2,019.23 | 2,019.23 |
| Holiday | 36.0578 | 24.00 | 865.39 | 865.39 |
| **Gross Pay** | | | **$2,884.62** | 2,884.62 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -76.09 | 76.09 |
| Social Security Tax | | -173.21 | 173.21 |
| Medicare Tax | | -40.51 | 40.51 |
| CA State Income Tax | | -105.20 | 105.20 |
| CA SDI Tax | | -36.26 | 36.26 |
| **Other** | | | |
| Accident | | -8.53 | |
| Dental Pre-tax | | -20.34* | 20.34 |
| Medical pre tax | | -66.81* | 66.81 |
| Vision Pre-Tax | | -8.34* | 8.34 |
| 401K Pre-Tax | | -121.15* | 121.15 |
| **Net Pay** | | **$2,228.18** | |
| Checking Acct | | -2,228.18 | |
| **Net Check** | | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Group Term Ins | 4.62 | 4.62 |
| 401K Match | 90.86 | 90.86 |
| 401K Non-Elect | 86.54 | 86.54 |
| Totl Hrs Worked | 56.00 | |

**Important Notes**
COMPANY PH#:+1 872 355 9760

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,672.60

© 2000 ADP, Inc.

---

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

**Advice number:** 00000020161
**Pay date:** 01/09/2026



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BIN ZHANG** | xxxxxx2952 | xxxx xxxx | $2,228.18 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Period Beginning: 01/05/2026
Period Ending:    01/18/2026
Pay Date:         01/23/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BIN ZHANG**
**33276 ALAGON ST**
**TEMECULA CA 92592**

Social Security Number: XXX-XX-3578

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 4,903.85 |
| Holiday | | | | 865.39 |
| **Gross Pay** | | | **$2,884.62** | 5,769.24 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -69.86 | 145.95 |
| | Social Security Tax | -173.22 | 346.43 |
| | Medicare Tax | -40.51 | 81.02 |
| | CA State Income Tax | -100.63 | 205.83 |
| | CA SDI Tax | -36.26 | 72.52 |
| | **Other** | | |
| | Accident | -8.53 | |
| | Dental Pre-tax | -20.34* | 40.68 |
| | Medical pre tax | -66.81* | 133.62 |
| | Vision Pre-Tax | -8.34* | 16.68 |
| | 401K Pre-Tax | -173.08* | 294.23 |
| **Net Pay** | | | **$2,187.04** | |
| Checking Acct | | | -2,187.04 | |
| **Net Check** | | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Ins | 4.62 | 9.24 |
| 401K Match | 129.81 | 220.67 |
| 401K Non-Elect | 86.54 | 173.08 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 872 355 9760

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:  Single
Exemptions/Allowances:
  CA:  0

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,620.67

© 2000 ADP, Inc.



ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Advice number:  00000040296
Pay date:       01/23/2026

**Deposited to the account of** | **account number** | **transit ABA** | **amount**
**BIN ZHANG** | xxxxxx2952 | xxxx xxxx | $2,187.04

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

Period Beginning: 01/05/2026
Period Ending: 01/18/2026
Pay Date: 01/23/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

BIN ZHANG
33276 ALAGON ST
TEMECULA CA 92592

Social Security Number: XXX-XX-3578

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 208.33 | 208.33 |
| Regular | | | | 4,903.85 |
| Holiday | | | | 865.39 |
| **Gross Pay** | | | **$208.33** | 5,977.57 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -44.10 | 190.05 |
| | Social Security Tax | -13.20 | 359.63 |
| | Medicare Tax | -3.09 | 84.11 |
| | CA State Income Tax | -13.23 | 219.06 |
| | CA SDI Tax | -2.71 | 75.23 |
| | **Other** | | |
| | 401K Pre-Tax | -12.50* | 306.73 |
| | Dental Pre-tax | | 40.68 |
| | Medical pre tax | | 133.62 |
| | Vision Pre-Tax | | 16.68 |
| **Net Pay** | | | **$119.50** |
| | Checking Acct | -119.50 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Ins | 4.62 | 13.86 |
| 401K Match | 9.37 | 230.04 |
| 401K Non-Elect | 6.25 | 179.33 |

**Important Notes**
COMPANY PH#:+1 872 355 9760

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:                Single
Exemptions/Allowances:
  CA:                0

* Excluded from federal taxable wages
  Your federal taxable wages this period are $200.45

© 2000 ADP, Inc.

ACCELLERON US INC
11600 MIRAMAR PKWY, SUITE 100
MIRAMAR, FL 33025

**Advice number:** 00000040297
Pay date: 01/23/2026



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BIN ZHANG** | xxxxxx2952 | xxxx xxxx | $119.50 |

**NON-NEGOTIABLE**