**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Creditor and Party in interest Yaqin Liu*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Bin Zhang,<br><br>    Debtor. | Case No. 6:26-bk-10804-SY<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Yaqin Liu, a creditor and party in interest in the above-captioned bankruptcy case, by and through her counsel of record, Akerman LLP, hereby enters this appearance pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the counsel listed below be added to the official electronic mailing matrix, CM/ECF, and service lists in the above-captioned bankruptcy case.

Ms. Liu requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be served in the above-captioned bankruptcy case, and copies of all papers served or required to be served in this matter—including, without limitation, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

applications, lists, schedules, statements, and all other matters arising herein or in any way related to this matter, including in adversary proceedings—be given and served upon Akerman LLP at the following address:

**AKERMAN LLP**
Evelina Gentry (SBN 296796)
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
evelina.gentry@akerman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices, and pleadings relating to any application, motion, petition, objection, pleading, request, complaint, or demand—whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex, or otherwise—that (i) affect, seek to affect, or may potentially affect in any way the rights or interests of any creditor or party in interest in this case; (ii) affect or seek to affect (a) the above-captioned Debtor and/or his estate or (b) property or proceeds thereof in the possession, custody, or control of others that the Debtor or his estate may seek to use; or (iii) require or seek to require any act, delivery of any property, payment, or other conduct by Ms. Liu.

**PLEASE TAKE FURTHER NOTICE** that Ms. Liu does not, by filing this Notice of Appearance and Request for Special Notice ("Notice"), nor by any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice constitute a waiver of any of her rights, including: (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to a jury trial in any proceeding so triable in this case or any

1 controversy or proceeding related to this case; (iii) the right to have the District Court
2 withdraw the reference in any matter subject to mandatory or discretionary withdrawal;
3 or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Ms.
4 Liu is or may be entitled, in law or in equity, all of which are expressly reserved.

DATED: February 5, 2026          AKERMAN LLP

By: */s/ Evelina Gentry*
    Evelina Gentry

*Attorneys for Yaqin Liu, creditor, and party in interest*

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3                                      Case No. 6:26-bk-10804-SY
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
85300680;1