Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Bin Zhang*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Bin Zhang<br><br>Debtor. | Case No. 6:26-bk-10804<br><br>Chapter 7<br><br>**DECLARATION IN SUPPORT OF MOTION TO CONTINUE THE AUTOMATIC STAY**<br><br>**Honorable Judge Scott H. Yun**<br><br>Hearing Date: April 8, 2026<br>Time: 9:30 a.m.<br>Place: 3420 Twelfth Street, Courtroom 302, Riverside, CA 92501-3819 |

I, Bin Zhang, declare as follows:

1. I am over the age of 18 years old and I am legally able and competent to testify to the following in a court of law if required to do so.

2. On December 30, 2025, I filed an emergency skeletal petition for

**DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

1

Relief under Chapter 7 of the Bankruptcy Code; the case number is Case No. 6:25-bk-19302).

3. I filed the prior bankruptcy case on December 30, 2025, because I was defending four different litigations against in the state and federal courts in California and Florida. The alleged creditors in those cases had been relentlessly against me, and as a result, I became destressed and unable to handle my personal finances. In one of those four cases, a jury trial was going to take place in about a week, and I had no money towards hiring an attorney to conduct a jury trial.

4. After filing the prior bankruptcy case, I made strenuous efforts to gather my financial documents and prepare the required schedules. I completed a draft of most of the schedules before the 14-day deadline.

5. Due to the Christmas and New Year holidays, my attorney and I were unable to finalize the schedules and file all the required documents before the 14-day deadline.

6. Thus, on January 13, 2026, I timely moved to extend time to file all the required documents. It was my *first* time seeking an extension in the prior bankruptcy case.

7. To my surprise, my first motion for an extension was denied and the prior bankruptcy case was dismissed.

8. Then, the alleged creditors resumed their relentless litigations

**DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

2

against me. I again became destressed.

9. On February 3, 2026, I filed this case, my second Petition for Relief under Chapter 7 of the Bankruptcy Code.

10. My schedules show by clear and convincing evidence that the second case was filed in good faith and incorporates a positive change of circumstances.

11. I believe that this case was filed in good faith and has meet the requirements set by this Court.

12. I am informed and believe that all creditors are adequately protected as required under 11 U.S.C. § 362.

13. I am informed and also believe that the extension of the automatic stay will provide a greater dividend to all creditors than that of a hypothetical liquidation of the debtor's assets.

14. I am confident that with the help of Attorney Zheng "Andy" Liu, I will be able to prosecute my case properly so that I may receive my discharge.

WHEREFORE, I pray for an order continuing the automatic stay until as the Court deems proper and just.

**DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

Dated: March 5, 2026            Respectfully submitted,

*Bin Zhang*

_____
Bin Zhang

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those show. On the Notice of Electronic Filing receipt issued by the Clerk of Court, by personal delivery and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to ensure delivery to its destination on the following:

DECLARATION IN SUPPORT OF MOTION TO CONTINUE THE AUTOMATIC STAY

Dated: March 5, 2026

By: _____
Oscar Lam
Law Clerk to Attorney Zheng Liu

**DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

5