AKERMAN LLP
EVELINA GENTRY (State Bar No. 296796)
evelina.gentry@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Judgment Creditor*
*YAQIN LIU*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT – RIVERSIDE DIVISION

| | |
|---|---|
| In re: BIN ZHANG,<br><br>Debtor, | Case No. 6:26-bk-10804-SY Chapter 7<br><br>The Hon. Scott H. Yun<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>Fed. R. Bankr. P. 2004<br><br>[No Hearing Required]<br><br>Courtroom: 302<br>U.S. Bankruptcy Court<br>3420 Twelfth Street Riverside, CA 92501<br>The Honorable Scott H. Yun |

Upon consideration of Judgment Creditor Yaqin Liu ("Ms. Liu") motion for examination of, and production of documents from, debtor Bin Zhang (the "Debtor") pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1 (the "Motion"), no hearing on which was required, and good cause appearing therefore,

1   Case No. 6:26-bk-10804-SY

**ORDER GRANTING MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

85837477;1

1  IT IS HEREBY ORDERED that the Motion is granted.

2  IT IS FURTHER ORDERED that Debtor:

3  (A)  submit to oral examination on April 13, 2026, starting at 10:00 a.m., or such other date and time that the Court deems appropriate or may be mutually selected by the parties, at the offices of Akerman, LLP, located at 633 West Fifth Street, Suite 6400, Los Angeles, CA (or other mutually agreeable location), before a duly qualified court reporter utilizing real-time computer transcription; and

8  (B)  produce the requested documents by the date identified on Exhibit "A" attached hereto by no later than April 6, 2026; and

10  (C)  the Court retains jurisdiction to consider any additional request for information and documents and imposition of sanctions for failure to appear on appropriate notice.

# # #

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2                                            Case No. 6:26-bk-10804-SY
**NOTICE OF MOTION AND MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR;
REQUEST FOR PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF EVELINA GENTRY IN SUPPORT THEREOF**

85837477;1

# EXHIBIT "A"

## SCHEDULE OF DOCUMENTS TO BE PRODUCED

## INSTRUCTIONS

The following instructions apply to all demands for production of documents contained herein:

A. In producing documents and things, you are requested to furnish all documents known or available to you, regardless of whether these documents are in your possession, custody or control or are possessed by any subsidiary or affiliated entities, officers, directors, agents, employees, representatives, investigators, accountants, or by your attorneys or their agents, employees, representatives or investigators.

B. In producing documents, any comment, notation, or marking appearing on any documents, and not a part of the original is to be considered a separate document, and any draft, preliminary form or superseded version of any document is also to be considered a separate document.

C. In producing documents, all documents should be produced in the same order as they are kept or maintained.

D. In producing documents, all documents should be produced in the file, folder, envelope or other container in which the documents are kept or maintained. If for any reason said container cannot be produced, please produce copies of all labels or other identifying markings.

E. In producing documents, documents attached to each other must not be separated.

F. Produce each requested document in its entirety including all attachments and enclosures even if only a portion of the document is responsive to the request.

G. In producing documents, if you assert any privilege concerning the identification or production of any of the documents described below, or if you object to the identification or production of any such documents on any grounds, or if you for any reason contend that any of the documents described below are not subject to discovery for any reason, then specify in detail in your response the precise grounds for objection, privilege, or other contention which you make in this regard, and describe in detail the document or documents as to which you assert this privilege, objection or

contention. Such description shall include a statement of the general nature of the document, the name of each person who executed it, the name of each person who has received the original or copies of it, the name of each person who has seen the original or any copies of it, the name of each person with whom it was discussed, and a general description of the nature and contents of the documents. Finally, you should identify and produce for inspection and copying all documents which fit the description set forth below as to which you do not assert any such privilege, objection or contention.

H.    In producing documents, you are to consider this request a continuing request, and you are obligated to supplement your response by identifying and producing responsive documents that come to your attention, or into your possession, custody or control, subsequent to your response and production prior to, or at the deposition or at or prior to any continued deposition date thereof.

I.    Identify each document produced by the paragraph number of this schedule to which it is responsive. If a document is responsive to more than one request, it is sufficient to identify only the first request to which the document is responsive.

## **DEFINITIONS**

As used herein, unless otherwise specified:

A.    The term "Person" includes a natural person or any legal or informal entity including but not limited to a firm, association, organization, business, trust, corporation or public entity.

B.    "You" and "Your" refers to Debtor.

C.    The terms "Document" or "Documents" are used herein in their customary broad sense, and mean any kind of printed, recorded, written, graphic, or photographic matter (including without limitation tape recordings and computer tapes and discs), however printed, produced or reproduced, coded or stored, of any kind or description, regardless of author or origin and whether or not sent or received, including originals, copies, reproductions, facsimiles, drafts, and both sides thereof, and including, without limitation:  papers; books; accounts; letters; prospectuses; offering memoranda; solicitations; disclosures; models; photographs; correspondence; telegrams; telex messages; memoranda; notes; notations; work papers; routing slips; intra and interoffice communications; intra-

and interdepartmental communications; communications to, between or among directors, officers, agents and/or employees; transcripts, minutes, agendas, reports, notes or recordings of telephone or other conversations, or of interviews, or conferences, or of board, committee or subcommittee meetings, or of other meetings; affidavits; drawings; sketches; blueprints; statements; reports; summaries; indices; opinions; court pleadings (whether or not on file); studies; analysis; forecasts; evaluations; contracts; invoices; purchase orders; requisitions; notebooks; entries; ledgers; journals; books or records of accounts; balance sheets; income statements; questionnaires; answers to questionnaires; statistical records; petitions; advertisements; brochures; circulars; bulletins; pamphlets; trade letters; desk calendars; appointment books; telephone logs; diaries; expense accounts or vouchers; policy statements; manuals; rules; regulations; guidelines; newspaper stories; financial or market reports; computer tapes and discs; magnetic tapes; punch cards; computer printouts; microfilm or microfiche; all other records kept by electronic, photographic or mechanical means; and any material underlying, supporting, or used in the preparation of any such document, however produced or reproduced, which is in your possession, custody or control or to which you have a right or privilege to examine upon request or demand.

D.    The phrase "Pertaining To" shall mean mentioning, discussing, including, summarizing, describing, reflecting, containing, referring to, relating to, depicting, connected with, embodying, evidencing, constituting, concerning, reporting, or involving an act, occurrence, event, transaction, fact, thing or course of dealing.

E.    The conjunctions "And" and "Or" shall be interpreted inclusively so as not to exclude any information or documents otherwise within the scope of any request.

F.    The term "Petition Date" refers to the date on which the Petitioner filed its voluntary petition for relief under Chapter 7 of Title 11 of the United States Code.

G.    The term "Communication(s)" is used in these requests in a comprehensive sense, and means any instance in which information was transmitted between two or more persons, including any oral or written utterance, notation, or statement of any nature whatsoever, including but not limited to

3    Case No. 6:26-bk-10804-SY

**NOTICE OF MOTION AND MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR; REQUEST FOR PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVELINA GENTRY IN SUPPORT THEREOF**

85837477;1

documents, correspondence, email, meetings, conferences, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between two or more persons.

H.    The term "Evidencing" means constituting, mentioning, describing, concerning, referring to, relating to, supplementing, amending, superseding, replacing, modifying, or pertaining to, in whole or in part, the subject matter of the particular requests.

## **DOCUMENTS TO BE PRODUCED**

**Income Tax Documents:**

1. Your tax returns, including state, federal, and foreign, for 2022, 2023, 2024, and 2025.

2. All K-1 forms, W-2 forms, 1099 forms, and any other tax forms You received or issued in 2022, 2023, 2024, and 2025.

**Banking Accounts:**

3. Your checking account statements, savings account statements, credit union statements, money-market account statements, both foreign and domestic, since January 1, 2022.

4. Your credit and/or debit card statements, both foreign and domestic, since January 1, 2022.

**Brokerage and Investment Accounts:**

5. All documents referring, relating, and/or pertaining to any brokerage accounts, stock trading accounts, or investment accounts held by You, including but not limited to accounts with Charles Schwab, Fidelity, TD Ameritrade, E*Trade, Vanguard, Merrill Lynch, Morgan Stanley, Interactive Brokers, Robinhood, Webull, or any other brokerage or investment platform, since January 1, 2022.

6. All brokerage account statements, trade confirmations, monthly statements, annual statements, and 1099-B forms for all brokerage and investment accounts held by You, since January 1, 2022.

7. All documents referring, relating, and/or pertaining to any stocks, bonds, mutual funds, exchange-traded funds (ETFs), options, futures, or other securities owned by You or in which You

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

have any beneficial interest, since January 1, 2022.

8. All documents referring, relating, and/or pertaining to any retirement accounts, including but not limited to 401(k) plans, Individual Retirement Accounts (IRAs), Roth IRAs, SEP-IRAs, pension plans, and any other retirement or deferred compensation accounts, since January 1, 2022.

**Transfers to and/or Involving Third Parties:**

9. All documents referring, relating, and/or pertaining to the real property located at 33276 Alagon Street, Temecula, CA 92592, including but not limited to grant deeds, quitclaim deeds, deeds of trust, mortgages, title insurance policies, escrow documents, purchase agreements, settlement statements, and any other documents evidencing ownership, transfer, or encumbrance of said property, since January 1, 2015.

10. All documents referring, relating, and/or pertaining to the transfer of the real property located at 33276 Alagon Street, Temecula, CA 92592, from You to Your wife, Ying Ying Lv, including but not limited to the deed of transfer, any written agreements regarding the transfer, communications regarding the transfer, and any documents reflecting consideration paid or received in connection with the transfer.

11. All documents referring, relating, and/or pertaining to any subsequent transfer of the real property located at 33276 Alagon Street, Temecula, CA 92592, from Your wife, Ying Ying Lv, to any third party, including but not limited to any Chinese national or foreign person, including the identity of the transferee, the deed of transfer, any written agreements regarding the transfer, and any documents reflecting consideration paid or received.

12. All documents, including communications, referring, relating, and/or pertaining to all payments to any creditor, both foreign and domestic, since January 1, 2022.

13. All documents, including communications, referring, relating, and/or pertaining to any claim against other persons or public or private entity You have currently existing or pending including, but not limited to, any money, both foreign and domestic, since January 1, 2022.

**NOTICE OF MOTION AND MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR; REQUEST FOR PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVELINA GENTRY IN SUPPORT THEREOF**

85837477;1

14. All documents, including communications, referring, relating, and/or pertaining to any claim against You by other persons or public or private entity currently existing or pending including, but not limited to, any money, both foreign and domestic, since January 1, 2022.

15. All documents, including communications, referring, relating, and/or pertaining to any transfer of money, real property, or personal property to another person or entity or from another person or entity to You including, but not limited to, statements, receipts, title, or deeds, both foreign and domestic, since January 1, 2022.

**Contractual Obligations:**

16. All notes, money orders, drafts, contracts or contractual obligations, negotiable instruments receivable, and/or accounts receivable whether due or not due belonging to You or in which You have or have had any interest, both foreign and domestic, since January 1, 2022.

17. All contracts through which You have performed services or rendered materials since January 1, 2022.

18. All contracts through which You have been making payment since January 1, 2022.

19. All contracts or judgments through which You have been receiving money or benefits since January 1, 2022.

**Real Property Documents, Statements, and Liens:**

20. All grant deeds, quitclaim deeds, promissory notes, deeds of trust or mortgages, contracts of sale, negotiable instruments, both foreign and domestic that refer, relate, and/or pertain to any title or interest You currently hold or held in real property including since January 1, 2022.

21. All bills of sale or other written contracts or evidence demonstrating purchase or sale, both foreign and domestic that refer, relate, and/or pertain to any purchase or sale of real property You made since January 1, 2022.

22. All contracts, mortgages, leases or other documents that that refer, relate, and/or pertain to any loan or lease You hold or held in real property, both foreign and domestic, since January 1, 2022.

23. All assessment notices, judgment liens, notices of default, notices of sale or other documents that refer, relate, and/or pertain to any liens or defaults recorded against You or Your real property since January 1, 2022.

**Corporation and Business Documents:**

24. All articles/certificates of incorporation, bylaws, operating agreements, rules, minutes, board of director lists or owner information, shareholdings, shareholder registers, share certificates, power of attorney agreements and other corporate records that refer, relate, and/or pertain to Your formation, regulation or operation since January 1, 2022.

25. All documents that refer, relate, and/or pertain to Your business account statements including, but not limited to, business account payable and receivable ledgers or statements, business income, losses, earnings, assets, and liabilities, both foreign and domestic, since January 1, 2022.

26. All insurance policies You obtained for Your businesses, both foreign and domestic, since January 1, 2022.

**Additional Financial Documents:**

27. All documents referring, relating, and/or pertaining to any PayPal, Venmo, Zelle, Cash App, or other peer-to-peer payment platform accounts owned or controlled by You, including but not limited to account statements and transaction histories, since January 1, 2022.

28. All documents referring, relating, and/or pertaining to any wire transfers, cashier's checks, money orders, or other transfers of funds made by You or on Your behalf, since January 1, 2022.

29. All documents referring, relating, and/or pertaining to any safe deposit boxes or storage facilities rented or used by You, and the contents thereof, since January 1, 2022.

30. All documents referring, relating, and/or pertaining to any trusts, family partnerships, limited liability companies, corporations, or other legal entities in which You have an ownership interest, beneficial interest, or control, since January 1, 2022.

31. All documents referring, relating, and/or pertaining to any recurring payments made to

7    Case No. 6:26-bk-10804-SY

**NOTICE OF MOTION AND MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR; REQUEST FOR PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVELINA GENTRY IN SUPPORT THEREOF**

85837477;1

**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Tel.: (213) 688-9500 – Fax: (213) 627-6342

Your parents-in-law, including but not limited to bank statements, wire transfer records, canceled checks, payment receipts, and any communications regarding such payments, since January 1, 2014.

32. All documents referring, relating, and/or pertaining to any gifts, transfers, or conveyances of money, property, or assets made by You to any third party, including but not limited to Your spouse Ying Ying Lv, family members, friends, or business associates, since January 1, 2022.

33. All documents referring, relating, and/or pertaining to any loans You have made to any third party or any loans You have received from any third party, since January 1, 2022.

34. All documents referring, relating, and/or pertaining to any vehicles owned, leased, or operated by You, including but not limited to Your 2024 Tesla Model Y and any other vehicles, since January 1, 2022.

**Judgment-Related Documents:**

35. All documents referring, relating, and/or pertaining to the Final Judgment entered on November 18, 2022, by the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, in Case No. 21-CA-004599, in favor of Yaqin Liu and against You.

36. All documents referring, relating, and/or pertaining to any payments made toward satisfaction of the Judgment, including but not limited to payment records, wire transfer confirmations, and any communications regarding payment of the Judgment.

37. All documents referring, relating, and/or pertaining to any assets, funds, or property that could be used to satisfy the Judgment, including but not limited to cash, bank accounts, investments, real property, personal property, vehicles, jewelry, artwork, collectibles, and any other assets of value.

38. All documents referring, relating, and/or pertaining to Your prior bankruptcy case, Case No. 6:25-bk-19302, filed in the United States Bankruptcy Court for the Central District of California on December 30, 2025, including but not limited to the petition, schedules, statements, and any orders entered in that case.

39. All documents referring, relating, and/or pertaining to the California state court lawsuit,

Case No. CVSW2302837, San Bernardino Superior Court, including but not limited to complaints, answers, motions, discovery requests and responses, depositions, and any court orders.

**Immigration Documents:**

40. All documents referring, relating, and/or pertaining to Your immigration status in the United States, including but not limited to visas, visa applications, work permits, employment authorization documents, green card applications, naturalization applications, and any correspondence with United States Citizenship and Immigration Services ("USCIS") or any other immigration authority.

41. All documents referring, relating, and/or pertaining to any immigration proceedings, including but not limited to asylum applications, withholding of removal applications, appeals to the Board of Immigration Appeals, petitions for review to any federal court, and any orders or decisions issued in such proceedings.

42. All documents referring, relating, and/or pertaining to Your current legal authorization to remain in the United States and Your current legal authorization to work in the United States.

43. All documents referring, relating, and/or pertaining to any removal proceedings, deportation proceedings, or voluntary departure agreements.

**YouTube Channel and Social Media Documents**

44. All documents referring, relating, and/or pertaining to any YouTube channel or channels owned, operated, or controlled by You, including but not limited to YouTube Partner Program agreements, channel analytics, subscriber data, video performance data, and content management records, since January 1, 2022.

45. All documents referring, relating, and/or pertaining to any income, revenue, or payments received from YouTube, Google AdSense, or any other source related to Your YouTube channel(s), including but not limited to payment statements, revenue reports, and bank deposit records showing YouTube-related income, since January 1, 2022.

46. All documents referring, relating, and/or pertaining to any sponsorship agreements,

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

brand deals, affiliate marketing arrangements, paid promotions, or other commercial arrangements related to Your YouTube channel(s) or social media presence, since January 1, 2022.

47. All documents referring, relating, and/or pertaining to any merchandise sales, product sales, or other commercial activities conducted through or promoted on Your YouTube channel(s) or social media accounts, since January 1, 2022.

48. All documents referring, relating, and/or pertaining to any other social media accounts owned or controlled by You, including but not limited to accounts on TikTok, Instagram, Facebook, Twitter/X, Twitch, Patreon, or any other social media or content creation platform, and any income derived therefrom, since January 1, 2022.

49. All documents referring, relating, and/or pertaining to any Multi-Channel Network ("MCN") agreements, content licensing agreements, or syndication agreements related to Your online content, since January 1, 2022.

**Cryptocurrency and Digital Asset Documents:**

50. All documents, including communications, statements, records, and receipts, referring, relating, and/or pertaining to any cryptocurrency, virtual currency, or digital currency holdings, including but not limited to Bitcoin, Ethereum, Litecoin, Ripple, Dogecoin, Solana, Cardano, and any other cryptocurrency or digital tokens, since January 1, 2022.

51. All documents referring, relating, and/or pertaining to any cryptocurrency exchange accounts, including but not limited to accounts with Coinbase, Binance, Kraken, Gemini, FTX, Crypto.com, eToro, Robinhood, or any other cryptocurrency exchange platform, since January 1, 2022.

52. All documents referring, relating, and/or pertaining to any cryptocurrency wallet addresses, private keys, seed phrases, hardware wallets, software wallets, or any other means of storing or accessing cryptocurrency, since January 1, 2022.

53. All documents referring, relating, and/or pertaining to any non-fungible tokens ("NFTs"), digital collectibles, or other blockchain-based digital assets, including but not limited to

10     Case No. 6:26-bk-10804-SY

**NOTICE OF MOTION AND MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR; REQUEST FOR PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVELINA GENTRY IN SUPPORT THEREOF**

85837477;1

records of purchase, sale, transfer, minting, or ownership of NFTs on any platform including OpenSea, Rarible, Foundation, SuperRare, or any other NFT marketplace, since January 1, 2022.

54. All documents referring, relating, and/or pertaining to any transactions involving the purchase, sale, exchange, transfer, gifting, or receipt of cryptocurrency or NFTs, since January 1, 2022.

55. All documents referring, relating, and/or pertaining to any decentralized finance ("DeFi") platforms, staking, yield farming, liquidity pools, or lending platforms involving cryptocurrency or digital assets, since January 1, 2022.

**Payments to Family Members:**

56. All documents referring, relating, and/or pertaining to any payments, transfers, or gifts made by You to Your parents-in-law, including but not limited to bank statements, wire transfer records, checks, cashier's checks, money orders, and any other records reflecting payments of approximately $3,000 per month or any other amounts, since January 1, 2015.

57. All documents referring, relating, and/or pertaining to any payments, transfers, or gifts made by You to Your spouse, Ying Ying Lv, or any member of Your spouse's family, including but not limited to bank statements, wire transfer records, checks, cashier's checks, money orders, and any other records reflecting such payments, since January 1, 2015.

58. All documents referring, relating, and/or pertaining to any loans from Your parents-in-law, Your spouse, or any other family member, including but not limited to promissory notes, loan agreements, and any communications regarding such loans.

**Family and Household Documents:**

59. All documents referring, relating, and/or pertaining to Your children, including but not limited to birth certificates, school records, medical records, custody agreements, child support orders, and any other documents identifying or relating to Your minor and adult children.

60. All documents referring, relating, and/or pertaining to the residence and whereabouts of Your spouse, Ying Ying Lv, including but not limited to residential lease agreements, utility bills, bank statements showing address, driver's license, and any other documents reflecting her residence

since January 1, 2020.

61. All documents referring, relating, and/or pertaining to the employment of Your spouse, Ying Ying Lv, including but not limited to employment agreements, pay stubs, W-2 forms, 1099 forms, and any documents reflecting her employment at any casino or any other employer, since January 1, 2020.

62. All documents referring, relating, and/or pertaining to Your household expenses and the sources of funds used to pay such expenses, including but not limited to rent, mortgage, utilities, groceries, insurance, and any other recurring expenses, since January 1, 2022.

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

12    Case No. 6:26-bk-10804-SY
**NOTICE OF MOTION AND MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR; REQUEST FOR PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVELINA GENTRY IN SUPPORT THEREOF**
85837477;1