**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
*evelina.gentry@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Counsel for Hybrid Financial Ltd.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>Bin Zhang,<br><br>　　　Debtor. | Case No. 6:26-bk-10804-SY<br><br>Chapter 7<br><br>**PROOF OF SERVICE RE:**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER SETTING 2004 EXAMINATION OF DEBTOR; REQUEST FOR PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVELINA GENTRY IN SUPPORT THEREOF [SUBMITTED WITH PROPOSED ORDER] [Docket No. 14]** |

CASE NO.: 6:26-BK-10804-SY

**PROOF OF SERVICE**

85840152;1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

AKERMAN LLP, 633 West Fifth Street, Ste. 6400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):  Notice of Motion and Motion for Order Setting 2004 Examination of Debtor; Request for Production of Documents; Memorandum of Points and Authorities; Declaration of Evelina Gentry in Support Thereof with Exhibits Thereto [Docket No. 14]
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/16/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/16/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/16/2026 | Evelina Gentry | /s/ Evelina Gentry |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

● Charles W Daff, Chapter 7 Trustee - charleswdaff@gmail.com, c122@ecfcbis.com

● Zheng Liu on behalf of Debtor Bin Zhang  - Andy.Liu@AptumLaw.us, 4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com

● United States Trustee - ustpregion16.rs.ecf@usdoj.gov

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

### *SERVICE VIA FEDERAL EXPRESS*

| *Debtor* | **Chapter 7 Trustee** |
|---|---|
| Bin Zhang | Charles W. Daff, Chapter 7 Trustee |
| 33276 Alagon St | 100 Spectrum Center Drive, Ste. 600 |
| Temecula, CA 92592 | Irvine, CA 92618 |

| **Debtor's Counsel** | **United States Trustee** |
|---|---|
| Zheng Liu, Esq. | Office of the United States Trustee |
| Aptum Law | 3801 University Avenue, Ste. 720 |
| 1660 S. Amphlett Blvd., Ste. 315 | Riverside, CA 92501-3200 |
| San Mateo, CA 94402 | |

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

CASE NO.: 6:26-BK-10804-SY

**PROOF OF SERVICE**

85840152;1