# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, April 8, 2026**                                    **Hearing Room     302**

---

9:30 AM
**6:26-10804    Bin Zhang**                                                  **Chapter 7**

#3.00    Notice of Motion and Motion in Individual Case for Order
Imposing a Stay or Continuing the Automatic Stay as the
Court Deems Appropriate

Docket      8

**Matter Notes:**

GRANTED: _____    DENIED: ___✓_____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: _debtor's counsel_

**Tentative Ruling:**

No judge's copy of the motion was provided. This is a first warning.
Future failure to comply with LBR 5005-2(d) and The Central Guide
Section 2-02 TCG Supplement: Serving a Judge's Copy may result in the
hearing being vacated. See Judge Yun's Judicial Variance Statement.

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

| Party Information |
|---|

**Debtor(s):**

Bin  Zhang                              Represented By
                                        Zheng  Liu

---