Charles W. Daff, (Bar No. 76178)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Tel: (657) 218-4800
Fax: (657) 218-4858
Email: charleswdaff@gmail.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BIN ZHANG<br><br><br><br><br>Debtor(s). | Case No. 6:26-bk-10804-SY<br>Chapter 7<br><br>NOTIFICATION OF ASSET CASE AND REQUEST FOR SETTING OF CLAIMS BAR DATE<br><br>(No Hearing Required) |

TO: KATHLEEN CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Charles W. Daff, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, held the 341(a) meeting and concluded the hearing.

After reviewing the case docket and file and determining that no claims bar date has been fixed, Charles W. Daff hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

DATED: April 28, 2026

/s/ Charles W. Daff
Charles W. Daff
Chapter 7 Trustee