Charles W. Daff, (Bar No. 76178)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone:  (657) 218-4800
Facsimile:   (657) 218-4858
Email: charleswdaff@gmail.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BIN ZHANG<br><br>        Debtor(s). | Case No. 6:26-bk-10804-SY<br><br>Chapter 7<br><br><br>NOTIFICATION OF TELEPHONIC MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 U.S.C. 341(a)] |

COUNSEL: Zheng Liu
TO THE ABOVE NAMED DEBTOR(S):

PLEASE TAKE NOTICE that the Zoom video Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) is rescheduled to **07/01/2026 at 02:00 PM.**

**Zoom video meeting. Go to Zoom.us/join,**
**Enter Meeting ID 551 455 9391, and**
**Passcode 4501262424, OR call 1 909 498 8467**

☒   Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by Trustee.

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on **May 13, 2026**

Dated:  May 13, 2026

/s/ Charles W. Daff
Charles W. Daff, Chapter 7 Trustee