| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lynda T. Bui - Bar No. 201002<br>Rika M. Kido - Bar No. 273780<br>Yang Yang - Bar No. 361803<br>SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: LBui@shulmanbastian.com;<br>RKido@shulmanbastian.com;<br>YYang@shulmanbastian.com<br>☐ *Movant(s) appearing without an attorney*<br>☒ Attorney for Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>BIN ZHANG,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:26-bk-10804-SY<br><br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 05/11/2026 Movant(s) filed a motion or application (Motion) entitled: Chapter 7 Trustee's Application to Employ Shulman Bastian Friedman Bui & O'Dea LLP as General Counsel (docket number 30)

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 05/11/2026 Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* Page 1 **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 06/01/2026

/s/ Rika M. Kido
Signature

Rika M. Kido
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# Application and Notice of Opportunity to Request a Hearing

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lynda T. Bui – Bar No. 201002<br>Rika M. Kido – Bar No. 273780<br>Yang Yang – Bar No. 361803<br>SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email:  LBui@shulmanbastian.com<br>    RKido@shulmanbastian.com<br>    YYang@shulmanbastian.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* **Charles W. Daff, Chapter 7 Trustee** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>**BIN ZHANG,**<br><br><br><br><br><br>Debtor(s). | CASE NO.: **6:26-bk-10804-SY**<br><br>CHAPTER: **7** |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) **Charles W. Daff, Chapter 7 Trustee**                                            ,
    filed a motion or application (Motion) entitled **Chapter 7 Trustee's Application to Employ Shulman Bastian**
    **Friedman Bui & O'Dea LLP as General Counsel**                                            .

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒  The full Motion is attached to this notice; or

    ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

**Page 4**

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

(1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: __05/11/2026__

__/s/ Rika M. Kido__
Signature of Movant or attorney for Movant

__Rika M. Kido__
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

**Page 5**

Lynda T. Bui – Bar No. 201002
Rika M. Kido – Bar No. 273780
Yang Yang – Bar No. 361803
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:      (949) 340-3400
Facsimile:      (949) 340-3000
Email:          LBui@shulmanbastian.com;
                RKido@shulmanbastian.com
                YYang@shulmanbastian.com

Proposed Attorneys for Charles W. Daff,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| In re | Case No.  6:26-bk-10804-SY |
|---|---|
| **BIN ZHANG,** | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP AS GENERAL COUNSEL; DECLARATIONS OF CHARLES W. DAFF AND RIKA M. KIDO IN SUPPORT** |
| | [No Hearing Set Pursuant to Local Bankruptcy Rule 2014-1(b)] |

**TO THE HONORABLE SCOTT C. YUN, UNITED STATES BANKRUPTCY JUDGE, THE**

**OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND ALL INTERESTED**

**PARTIES**:

Charles W. Daff ("Trustee"), solely in his capacity as the duly appointed, qualified and

acting Chapter 7 trustee for the bankruptcy estate ("Estate") of Bin Zhang ("Debtor"), brings this

Application for an order authorizing the employment of Shulman Bastian Friedman Bui & O'Dea

LLP ("Firm") as his counsel ("Application") in this bankruptcy case effective as of April 10, 2026.

In support of the Application, the Trustee respectfully represents as follows:

///

///

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Employ App SBFBO (Zhang)

**Page 6**

## I.   NEED FOR LEGAL COUNSEL

The Debtor filed a voluntary petition under chapter 7 of the United States Bankruptcy Code on February 3, 2026 ("Petition Date"), in the United States Bankruptcy Court, Central District of California, Case No. 6:26-bk-10804-SY.

Charles W. Daff is the duly appointed, qualified and acting Chapter 7 trustee for the Estate.

The deadline to file claims in the case is August 3, 2026.  As of the date of the filing of this Application, no claims have been filed.  However, the Debtor's Schedules D and E/F filed on February 3, 2026 [docket 1] lists secured claims of $331,218.70, priority claims of $0.00, and general unsecured claims of $1,643,763.87.

Based on the Trustee's initial investigation into this case, he anticipates that after liquidating available assets, there may be a meaningful distribution to unsecured creditors.  However, in order to accomplish this, the Trustee has determined that there is a need to retain counsel in this Chapter 7 case to advise the Trustee on various matters affecting the recovery and liquidation of potential assets.

The Debtor's Schedule A/B lists a community property interest in the residential real property located at 33276 Alagon Street, Temecula, California 92592 (the "Property") with a value of $659,000.00 and values his interest at $180,099.76.  On his Schedule D, the Debtor lists a lien in favor of Nationstar Mortgage LLC in the amount of $298,800.48.  On his Schedule C, the Debtor claimed an exemption in the Property of $357,600.00 under C.C.P. § 704.730 ("Homestead Exemption").

The Trustee has learned that prior to the Petition Date on August 10, 2022, the Debtor transferred a fifty percent (50%) interest in the Property to Yingying Lv, the Debtor's wife, as her sole and separate property, for no consideration (the "Transfer").  In addition, on October 5, 2022, Yingying Lv, transferred her interest in the Property to Yingying Lv, trustee of the LV Trust, for no consideration (the "Second Transfer" and collectively with the First Transfer, the "Transfers").  Concurrent with this transfer, the Property was encumbered by a deed of trust in the amount of $500,000.00 in favor of Ruiling Ren, a resident of China (the "Second Lien").  The Trustor under the deed of trust is Aiguo Zhang.  The Second Lien is not included on the Debtor's Schedule D.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

Employ App SBFBO (Zhang)

In his Statement of Financial Affairs filed on February 3, 2026 (docket 1), the Debtor lists litigation pending in the Riverside County Superior Court titled *Yaqin Liu vs. Bin Zhang; Ying Ying Lv, individually and as Trustee of the LV Trust*, Case No. CVSW2302837 (the "Litigation").  The Litigation relates to the Property.  In addition, the Debtor's Schedule E/F reflect an obligation owed to Yaqin Liu in the amount of $1,635,000.00.

The Trustee needs assistance with legal matters related to the Property which include (i) commencing an adversary proceeding to avoid and recover the Transfers; (ii) investigating the Second Lien to determine if there was fraud, bad faith or other causes of action; (ii) analyzing potential objections to the Homestead Exemption; (iii) investigating the potential equity in the Property for the benefit of the Estate and its creditors and, if appropriate, administering the Estate's interest in the Property; and (iv) investigating the Debtor's financial affairs to determine if there were any other improper transfers of assets, improper payments to creditors or other avoidable transfers of the Debtor's assets prior to the Petition Date.

In order to assist the Trustee in the administration of the Chapter 7 case, the Trustee seeks to employ the Firm as his general counsel at the Firm's hourly billing rates, which may be subject to adjustment from time to time, plus costs.  The Trustee believes that employment of the Firm will be in the best interest of the Estate.

## II.   PROPOSED EMPLOYMENT AND QUALIFICATIONS OF THE FIRM

**A.   Services to be Performed**

The Trustee seeks to employ the Firm as his general counsel to render, among others, the following types of professional services:

- Consult with the Trustee concerning legal issues impacting the administration of the bankruptcy case.

- Assist the Trustee in the recovery and liquidation of assets of the Estate and the preparation of any documents and pleadings necessary to recover, sell, and otherwise liquidate the assets.  The liquidation of assets of the Estate may include: (i) investigation of real and personal property assets, including the Property, or other assets, if any, which the Debtor may have not disclosed; (ii) negotiations with secured creditors regarding liens impacting the real and/or personal

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

Employ App SBFBO (Zhang)

**Page 8**

property assets; (iii) preparation of transactional documents; (iv) bringing motions or adversary actions for turnover if the Debtor and/or any party fails to cooperate with the Trustee's administration of assets of the Estate; and/or (v) possibly initiating an adversary proceeding against the co-owner in order to proceed with a sale of the Property pursuant to 11 U.S.C. § 363(h).

- Investigate the Homestead Exemption and, if necessary, assist the Trustee in objecting to the Homestead Exemption.

- Investigate the Litigation and the claims asserted against the Debtor.

- Legal services with respect to preparation of agreements and pleadings seeking Court approval for any settlements.

- Assist the Trustee in the investigation and collection of potential monies owed to the Estate, and if necessary, file complaints to commence adversary proceedings to recover on the amounts owed the Estate.

- Investigate the acts, conduct, assets, liabilities and financial condition of the Debtor, and any other matters relevant to the case or the preservation of assets for the benefit of creditors.

- Conduct examinations of witnesses, claimants, or other parties and to prepare and assist in the preparation of reports, accounts and pleadings related to the Debtor's Chapter 7 case if necessary.

- Conduct investigations to determine if the Debtor has committed acts warranting the commencement of an action to request the denial of the Debtor's discharge or revocation of the Debtor's discharge.

- Prepare and file a Complaint to avoid and recover the Transfers.

- Investigate any and all claims and causes of action which constitute property of the Estate, including but not limited to, the Estate's claims arising under any of Sections 542, 543, 544, 545, 546, 547, 548, 549 and 550 of the Bankruptcy Code, any actions based on applicable non-bankruptcy law that may be incorporated or brought under the foregoing sections of the Bankruptcy Code, or any other similar action or proceeding filed to recover property for or on behalf of the Estate or to avoid a lien or transfer ("Litigation Claims").

- Prosecute any Litigation Claims lawsuit to a judgment in an appropriate trial court.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

Employ App SBFBO (Zhang)

**Page 9**

- Analysis of possible settlement of Litigation Claims and conduct possible settlement negotiations and document the same.

- If a judgment is obtained in favor of the Estate in any Litigation Claims lawsuit, opposing any motion for new trial by any opposing party.

- Review of extraordinary claims filed against the Estate and, if necessary, bring action to object to certain claims if there is sufficient cause.  The Firm will review claims filed against the Estate and, if necessary, bring actions to object to certain "legally sophisticated" claims if there is sufficient cause; all other "routine" claims will be analyzed by the Trustee's administrator.

- Perform any and all other legal services incident and necessary to preserve assets for the benefit of the Estate and its creditors.

In summary, the Firm will provide the Trustee with the legal expertise the Trustee needs in his fiduciary duties to the Estate under the Bankruptcy Code to collect and reduce to money assets of the Estate to pay creditors.

**B.      The Firm's Services Will Not Duplicate Services Rendered By Any Other Professionals in the Case**

The Trustee has not employed any other professionals but if needed, may be employing a broker to market and sell the Property and may employ an accountant at a later date.  The services to be rendered by the Firm will not duplicate the services rendered by any other professionals that may be employed in the case.  The Firm will endeavor to not perform any services that could be characterized as "trustee tasks."

**C.      Qualifications of the Firm**

The Trustee believes that the Firm is well qualified to render the foregoing services.  The Firm is comprised of attorneys who are experienced in insolvency, bankruptcy and corporate reorganization as well as the legal matters of the type that may need to be pursued in this case.  The Firm has extensive experience in debtor/creditor matters, including the representation of trustees that appear in bankruptcy cases.  The Firm also has extensive experience in the pursuit of objections to exemption claims, pursuit of avoidance claims arising under any of Sections 542, 543, 544, 545, 546, 547, 548, 549 and 550 of the Bankruptcy Code, and any actions based on applicable non-

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

Employ App SBFBO (Zhang)

**Page 10**

bankruptcy law that may be incorporated or brought under the foregoing sections of the Bankruptcy Code, and has been extremely successful in such matters. In summary, the members of the Firm have practiced in the Bankruptcy Court for many years, and the Firm has handled virtually every type of matter that can arise in the context of a bankruptcy case and is well able to perform the legal services required in this case.

All attorneys comprising or associated with the Firm who will appear in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. A biography of each professional of the Firm, along with the Firm's current hourly billing rates is attached as **Exhibit 1** to the Declaration of Rika M. Kido and incorporated here by this reference. The Firm and each of the members, associates, and paralegals who will work on this case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

### III.    THE FIRM IS "DISINTERESTED"

Other than the Firm representing the Trustee in other non-related bankruptcy cases, and the Trustee being a sub-tenant at the office space leased by the Firm, to the best of the Firm's knowledge after full investigation, neither the Firm, nor any of the attorneys comprising or employed by it, has a business, professional, or other connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee. To the best of the Firm's knowledge after full investigation, none of the attorneys comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, to the United States Trustee, or any employee of the United States Trustee, except that Lynda T. Bui, who is a non-equity partner of the Firm, is a member of the Chapter 7 Bankruptcy Trustee panel for the Central District of California appointed and supervised by the Office of the United States Trustee.

The Firm is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code and represents no interest which would be adverse to the Debtor, the Estate, creditors, or any party in interest in this proceeding. As of the Petition Date, the Firm was not a creditor of the Estate.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

Employ App SBFBO (Zhang)

**Page 11**

## IV.   COMPENSATION OF THE FIRM

The Firm has received no retainer for the services to be performed in this case. There is no oral or written employment agreement, except an agreement that the Firm will accept as compensation such sum as the Court may deem reasonable, and the only source of payment will be from property of the Estate as authorized by the Court.

The Firm understands the provisions of Sections 327, 330 and 331 of the Bankruptcy Code which require, among other things, Court approval of the Trustee's employment of the Firm as general counsel and of all legal fees and reimbursement of expenses that the Firm will receive from the Estate.

The Firm has agreed to be employed and compensated subject to the provisions of Section 330 of the Bankruptcy Code. In compliance with Sections 330 and 331 of the Bankruptcy Code, the Firm intends to file applications for allowance of fees and reimbursement of costs as and when appropriate. The Firm has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among partners of the Firm.

**WHEREFORE**, the Trustee requests that he be authorized to employ the Firm as general counsel in this Chapter 7 case effective as of April 10, 2026, at the Firm's hourly rates, which may be subject to adjustment from time to time, plus costs, with any compensation and reimbursement of costs to be paid upon further application and approval of this Court, and for such other and further relief as is just and proper under the circumstances of this case.

Dated: May 8, 2026

_____
Charles W. Daff
Chapter 7 Trustee for the bankruptcy estate of *In re Bin Zhang*. Case No. 6:26-bk-10804-SY

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

Employ App SBFBO (Zhang)

Page 12

### <u>DECLARATION OF CHARLES W. DAFF</u>

I, Charles W. Daff, declare and state as follows:

1.    The matters stated here are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am the duly appointed, qualified and acting Chapter 7 trustee for the bankruptcy estate ("<u>Estate</u>") of Bin Zhang ("<u>Debtor</u>"), Case No. 6:26-bk-10804-SY.

2.    I am familiar with the Debtor's bankruptcy proceeding and make this Declaration in support of my Application to Employ Shulman Bastian Friedman Bui & O'Dea LLP as General Counsel ("<u>Application</u>").  Capitalized terms not otherwise defined herein shall have the meaning set forth in the Application.

3.    I have read and I am aware of the contents of the Application.  The facts stated in the Application are true to the best of my knowledge.

4.    As is described in detail in the Application, based on my initial investigation into this case and the initial meeting of creditors, I have identified possible assets and I anticipate that after the liquidation of available assets there may be a meaningful distribution to unsecured creditors. However, in order to accomplish this, I have determined that there is a need to retain counsel in this Chapter 7 case to advise me on various matters affecting the recovery and liquidation of potential assets and investigate the Debtor's assets and financial affairs and various matters affecting the administration of this case.

5.    In order to assist me in the administration of the Chapter 7 case, I seek to employ Shulman Bastian Friedman Bui & O'Dea LLP (the "<u>Firm</u>") as my general counsel, effective as of April 10, 2026, at the Firm's hourly billing rates, which may be subject to adjustment from time to time, plus costs.  I believe that employment of the Firm is in the best interests of the Estate.

6.    I seek to employ the Firm as my general counsel to render, among others, the following types of professional services:

- Consult with me concerning legal issues impacting the administration of the bankruptcy case.

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8

Employ App SBFBO (Zhang)

**Page 13**

- Assist in the recovery and liquidation of assets of the Estate and the preparation of any documents and pleadings necessary to recover, sell, and otherwise liquidate the assets. The liquidation of assets of the Estate may include: (i) investigation of real and personal property assets, including the Property, or other assets, if any, which the Debtor may have not disclosed; (ii) negotiations with secured creditors regarding liens impacting the real and/or personal property assets; (iii) preparation of transactional documents; (iv) bringing motions or adversary actions for turnover if the Debtor and/or any party fails to cooperate with the Trustee's administration of assets of the Estate; and/or (v) possibly initiating an adversary proceeding against the co-owner in order to proceed with a sale of the Property pursuant to 11 U.S.C. § 363(h).

- Investigate the Homestead Exemption and, if necessary, assist in objecting to the Homestead Exemption.

- Legal services with respect to preparation of agreements and pleadings seeking Court approval for any settlements.

- Assist in the investigation and collection of potential monies owed to the Estate, and if necessary, file complaints to commence adversary proceedings to recover on the amounts owed the Estate.

- Investigate the acts, conduct, assets, liabilities and financial condition of the Debtor, and any other matters relevant to the case or the preservation of assets for the benefit of creditors.

- Conduct examinations of witnesses, claimants, or other parties and to prepare and assist in the preparation of reports, accounts and pleadings related to the Debtor's Chapter 7 case if necessary.

- Conduct investigations to determine if the Debtor has committed acts warranting the commencement of an action to request the denial of the Debtor's discharge or revocation of the Debtor's discharge.

- Investigate any and all claims and causes of action which constitute property of the Estate, including but not limited to, the Estate's claims arising under any of Sections 542, 543, 544, 545, 546, 547, 548, 549 and 550 of the Bankruptcy Code, any actions based on applicable non-bankruptcy law that may be incorporated or brought under the foregoing sections of the Bankruptcy

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

9

Employ App SBFBO (Zhang)

Code, or any other similar action or proceeding filed to recover property for or on behalf of the Estate or to avoid a lien or transfer ("Litigation Claims").

- Prosecute any Litigation Claims lawsuit to a judgment in an appropriate trial court.

- Analysis of possible settlement of Litigation Claims and conduct possible settlement negotiations and document the same.

- If a judgment is obtained in favor of the Estate in any Litigation Claims lawsuit, opposing any motion for new trial by any opposing party.

- Review of extraordinary claims filed against the Estate and, if necessary, bring action to object to certain claims if there is sufficient cause.  The Firm will review claims filed against the Estate and, if necessary, bring actions to object to certain "legally sophisticated" claims if there is sufficient cause; all other "routine" claims will be analyzed by myself and/or my administrator.

- Perform any and all other legal services incident and necessary to preserve assets for the benefit of the Estate and its creditors.

7.    I have not employed any other professionals but if needed, may be employing a broker to market and sell the Property and may employ an accountant at a later date.  The services to be rendered by the Firm will not duplicate the services rendered by any other professionals employed in the case.

8.    I believe that the Firm is well qualified to render the foregoing services.  I am informed that the Firm is comprised of attorneys who are experienced in insolvency, bankruptcy and corporate reorganization as well as the legal matters of the type that may need to be pursued in this case.

9.    Other than the Firm representing me in other non-related bankruptcy cases, and being a sub-tenant at the office space leased by the Firm, I am informed that neither the Firm, nor any of the attorneys comprising or employed by it, has a business, professional, or other connection with the Debtor, his creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee.  Also, I am informed that none of the attorneys comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, to the United States

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

10

Employ App SBFBO (Zhang)

**Page 15**

Trustee, or any employee of the United States Trustee, except that Lynda T. Bui, who is a non-equity partner of the Firm, is a member of the Chapter 7 Bankruptcy Trustee panel for the Central District of California appointed and supervised by the Office of the United States Trustee.

10. I believe that the Firm is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and represents no interest which would be adverse to the Debtor, the Estate, creditors, or any party in interest in this proceeding. As of the Petition Date, the Firm was not a creditor of the Estate.

11. The Firm has received no retainer for the services to be performed in this case. There is no oral or written employment agreement, except an agreement that the Firm will accept as compensation such sum as the Court may deem reasonable, and the only source of payment will be from property of the Estate as authorized by the Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2026, at Irvine, California.

_____
Charles W. Daff

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

11

Employ App SBFBO (Zhang)

Page 16

## DECLARATION OF RIKA M. KIDO

I, Rika M. Kido, declare and state as follows:

1.    The matters stated here are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am a partner of Shulman Bastian Friedman Bui & O'Dea LLP ("Firm") and I am authorized to and make this declaration on its behalf. I am admitted to practice before this Court.

2.    I make this Declaration in support of the Chapter 7 Trustee's Application for Order Authorizing Employment of Shulman Bastian Friedman Bui & O'Dea LLP as General Counsel ("Application") filed by Charles W. Daff ("Trustee"), the Chapter 7 trustee for the bankruptcy estate ("Estate") of *In re Bin Zhang* ("Debtor"), Case No. 6:26-bk-10804-SY.

3.    Attached here as **Exhibit 1** and incorporated here by reference is a brief biography of each of the professionals employed by the Firm along with the Firm's current hourly billing rates.

4.    The Firm is comprised of attorneys who are experienced in insolvency, bankruptcy and corporate reorganization as well as the legal matters of the type that may need to be pursued in this case.  The Firm has extensive experience in debtor/creditor matters, including the representation of trustees that appear in bankruptcy cases.  The Firm also has extensive experience in the pursuit of objections to exemption claims, pursuit of avoidance claims arising under any of §§ 542, 543, 544, 545, 546, 547, 548, 549 and 550 of the Bankruptcy Code, and any actions based on applicable non-bankruptcy law that may be incorporated or brought under the foregoing sections of the Bankruptcy Code, and has been extremely successful in such matters.  The members of the Firm have practiced in the Bankruptcy Court for many years, and the Firm has handled virtually every type of matter that can arise in the context of a bankruptcy case and is well able to perform the legal services required in this case.

5.    All attorneys comprising or associated with the Firm who will appear in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.

///

///

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

12

Employ App SBFBO (Zhang)

6. The members of the Firm are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall comply with them during the administration of this case.

7. To the best of my knowledge after full investigation, other than the Firm representing the Trustee in other non-related bankruptcy cases, and the Trustee being a sub-tenant at the office space leased by the Firm, the Firm has no business, professional, or other connection with the Debtor, creditors of the Estate, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee, except that Lynda T. Bui is a non-equity partner of the Firm and a member of the Chapter 7 Bankruptcy Trustee panel for the Central District of California appointed and supervised by the Office of the United States Trustee.

8. To the best of my knowledge after full investigation, none of the attorneys comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.

9. To the best of my knowledge after full investigation, the Firm is both disinterested as that term is defined in Bankruptcy Code § 101(14) and represents no interest which would be adverse to the Debtor, this Estate, creditors of the Estate or any party in interest in this proceeding.

10. The Firm has no pre-petition claim against the Estate.

11. The Firm has received no retainer for the services to be performed during the Chapter 7 case. There is no oral or written employment agreement, except an agreement that the Firm will accept as compensation such sum as the Court may deem reasonable, and the only source of payment will be from property of the Estate as authorized by the Court.

12. The Firm understands the provisions of Bankruptcy Code §§ 327, 330 and 331 which require, among other things, Court approval of the Trustee's employment of the Firm as general counsel and of all legal fees and reimbursement of expenses that the Firm will receive from the Estate.

///

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

13

Employ App SBFBO (Zhang)

**Page 18**

13. The Firm has agreed to be employed and compensated subject to the provisions of Bankruptcy Code § 330. In compliance with §§ 330 and 331 of the Bankruptcy Code, the Firm intends to file applications for allowance of fees and reimbursement of costs as and when appropriate. The Firm has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among partners of the Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2026, at Irvine, California.

*/s/ Rika M. Kido*

Rika M. Kido

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

14

Employ App SBFBO (Zhang)

**Page 19**

# Exhibit 1

# Firm Resume and Billing Rates

**Exhibit 1 – Page 15**

## SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP

**PARTNERS**

**SHULMAN, LEONARD M.**, born Los Angeles, California, June 1, 1961; Admitted to bar, 1986, California, U.S. District Court, Central, Eastern, Northern and Southern Districts of California. Education: University of California at San Diego (B.A. Magna Cum Laude, 1983); University of San Diego (J.D. 1986). Regent Scholar. Member: 1984-1986 and Comments Editor, 1985-1986, University of San Diego Law Review. Author: "Compensation for Collegiate Athletes: A Run for More Than Roses" 22 San Diego Law Review 701 (1986); Case Note, "Matter of Western Electronics, Inc.," 16 Cal. Bankr. J. 23 (Winter, 1988); Article, "Reasonable Reliance on a False Financial Statement," 17 Cal. Bankr. J. 225, 1989. Co-Author, Article "A Retrospect: 1989 Ninth Circuit Bankruptcy Decisions," Cal. Bankr. J. 1990. Author: Article, "Abatement of a Landlord's Rights under the Shopping Center Amendments: Section 365(d)(2) Does Not Mean What It Says," 18 Cal. Bankr. J. 851, 1990; "In re Mercado: Enjoining the Collection Efforts of a Holder of a Nondischargeable Claim," Norton Bankruptcy Law Advisor, October, 1991; "Armed and Dangerous: Continuation of a Receiver in Bankruptcy, "Norton Bankruptcy Law Advisor, May 1992; "Is It Fair and Equitable to Alter the Bargained-for Exchange," The Bankruptcy Strategies, June 1992. "Supergeneric Descriptions of Debtor's Holdings Won't Do," Los Angeles Daily Journal, Business Law Section, August, 2005. "A Debtor's Right to Silence in a Bankruptcy Proceeding," Orange County Lawyer, September 2005; "Running On Empty: The Limitations Period On Installment Obligations," Orange County Business Journal, November 2006. Featured Speaker: "Pitfalls of Practice in Bankruptcy Court, Central District of California," December 1989, San Diego Bar Association; "How Reasonable Must Reliance Be on a False Financial Statement?" May 1990, Orange County Bar Association; "Bankruptcy in Today's Real Estate Market," February 1991, California Real Estate Investment Forum; "Automatic Stay -- Pitfalls of Practice," December 1991, Orange County Bar Association Creditors' Rights Section; "Automatic Stay -- Pitfalls of Practice," June 1992, Orange County Paralegal Association; "Representation of Creditors' Committees" (April 1993, Orange County Paralegal Association). Panelist: "Litigating Nondischargeability Actions" December 1990, Orange County Bankruptcy Forum; "Litigating Preference Actions," June 1991, Orange County bankruptcy Forum; "Handling a Chapter 11 Case," January 1992, Continuing Education of the Bar; "Bankruptcy Issues for the Real Estate Practitioner," June 1992, Orange County Bankruptcy Forum; "Bankruptcy Evidence I: Overcoming Evidentiary Roadblocks" (June 1992, Orange County Bankruptcy Program). "1994 Bankruptcy Reform Act" (November, 1994, Orange County Bankruptcy Forum); "Handling a Chapter 11 Reorganization The Right Way" (January 1994, CEB). "Small Business Chapter 11 Bankruptcies" (January 2008, Orange County Bankruptcy Forum); Moderator: "Employment of Professionals In Bankruptcy" (March 1994, Orange County Bar Association (Commercial Law and Bankruptcy Section); "What Price Justice: Is There an Exception to the Absolute Priority Rule?" January 1993, Orange County Bankruptcy Forum; "Law Practice Management for Bankruptcy Practitioners," April 1993, Orange County Bankruptcy Forum. Memberships: Member, Board of Directors, Orange County Bankruptcy Forum, 1991-1995 (Past President, 1995); California State Bar Association 1986 - Present. Member, Board of Directors, Pediatric Cancer Research Foundation (President 2006-2007).

**BASTIAN, JAMES CHARLES, JR.,** born Chicago, Illinois, August 23, 1969; admitted to California Bar, 1994; U.S. District Court, Central District of California, 1994; Northern District of California, 1996; Eastern District of California, 1996; Southern District of California, 1998. Education: University of California, Los Angeles (B.A. 1991); Southwestern University School of Law (J.D. 1994). Formerly: Judicial Law Clerk and Extern to the Honorable Kathleen T. Lax, United States Bankruptcy Court, Central District of California, 1993-1995. Memberships: Orange County Bar Association (Commercial Law & Bankruptcy Sections); California State Bar Association; California Bankruptcy Forum, Board of Directors, 2000-2003; Orange County Bankruptcy Forum, President, 2000-2001, Vice President, 1999-2000, Board of Directors, 1997-2003, Co-Chair Special Projects Committee 1996-1997, Co-Chair Dinner Programs Committee 1997-1999.

**FRIEDMAN, ALAN J.,** born Los Angeles, California, March 26, 1961; admitted to California Bar, 1987; admitted to Texas Bar, 2017; U. S. District Court, Central District, 1987, Southern District of California, 1988; U.S. Supreme Court, 1997. Education: University of California at San Diego (B.A. 1983); Hastings College of Law, University of California (J.D. Cum Laude, 1987). Recipient, American Jurisprudence Award: Criminal Law. Memberships: Board of Directors, Federal Bar Association, Orange County Chapter; Orange County Bar Association (Commercial Law & Bankruptcy Section); American Bar Association (Commercial Law Section); California State Bar Association. Recognitions: Best Lawyers in America, 2013-present.

**BUI, LYNDA T.** admitted to the California bar 1999; admitted to U.S. District Court, Central District of California; Southern District of California; admitted to Ninth Circuit Court of Appeals. Education: University of California, Los Angeles (B.S. 1994); Loyola Law School (J.D. 1998). Co-Author: "Fraudulent Transfer: Litigation Under the Bankruptcy Code and State Law," Cal. Bankr. Journal (2008); Formerly: Judicial Extern for the Honorable Kathleen P. March, United States Bankruptcy Judge, Central District of California, 1996 to 1998. Memberships: National Association Bankruptcy Trustees, Board of Directors, 2022-2024; Vietnamese American Bar

**Exhibit 1 – Page 16**                    **Page 21**

Association, Southern California, Board of Directors, 2021-2025; Small Business Reorganization (Sub V) Task Force with Chief Bankruptcy Judge Maureen Tighe, 2020-2021; American Bankruptcy Institute; Orange County Bar Association (Commercial Law & Bankruptcy Section), Board of Directors, 2010-2013; Orange County Bankruptcy Forum; Inland Empire Bankruptcy Form; Orange County Asian Bar Association, Board of Governors, 2004-2008, President 2008-9. Ms. Bui is a Panel Trustee for the Central District of California, Riverside Division and is appointed in Chapter 11 and 7 cases (2010-Present).

**BIORNSTAD, SHANE MICHAEL,** born Albany, Oregon, July 16, 1978; admitted to the Nevada Bar, 2006; admitted to the California Bar, 2007; admitted to the U.S. District Court, District of Nevada, 2007, Central District of California, 2011, and Southern District of California, 2011; admitted to the United States Court of Appeals for the Ninth Circuit, 2008. Education: Brigham Young University (B.A., 2002); Willamette University College of Law (J.D., *magna cum laude*, 2006). Formerly: Judicial Law Clerk to the Honorable Mark Gibbons at the Supreme Court of Nevada, 2006-2007; Judicial Extern to the Honorable Robert D. Durham of the Supreme Court of Oregon, 2005; Judicial Extern to the Honorable Susan M. Tripp of the Circuit Court of the State of Oregon, Third Judicial District, 2004; and Law Clerk at the Oregon Department of Justice, 2004-2006. Memberships: Orange County Bar Association.

**CONTRERAS, FRANKLIN J.,** born Miami, Florida, March 6, 1968, admitted to the California Bar, 2005; admitted to the U.S. District Court, Central District of California. Education: University of California at Irvine (B.A. 1992); Western State University College of Law (J.D. 1997). Member: Orange County Bankruptcy Forum.

**IGNATUK, J. RONALD,** J. Ronald Ignatuk is a partner in the firm's litigation department and is resident in the Irvine office. Mr. Ignatuk's practice emphasizes insurance litigation, business litigation, real estate litigation, corporate officers and directors litigation, unfair trade practices litigation and bankruptcy litigation. Prior to joining the firm in 2000, Mr. Ignatuk was a partner of Barger & Wolen LLP. While at Barger & Wolen LLP, Mr. Ignatuk gained extensive experience representing numerous insurance carriers in high stakes bad faith litigation, and also prosecuted and defended numerous commercial, employment, unfair trade practices, real estate and unfair competition matters. Mr. Ignatuk has tried a number of cases to a successful conclusion. Mr. Ignatuk is admitted to practice before the Ninth Circuit Court of Appeals, United States District Court of Northern, Central, Eastern and Southern Districts of California, and all courts of the State of California. Mr. Ignatuk graduated with a B.A. in psychology from the Pennsylvania State University in 1986. Prior to entering Loyola Law School, Mr. Ignatuk taught high school both in Pennsylvania and in California. Mr. Ignatuk graduated from Loyola Law School, Order of the Coif, in 1990. Mr. Ignatuk also externed with the Santa Monica City Attorney's Office, where he acted as lead prosecutor in several criminal trials. Mr. Ignatuk is a member of the American Bar Association, Orange County Bar Association and California State Bar Association. Mr. Ignatuk is the president of his homeowner's association. He has done charity work, including volunteer charity work at his children's school and for Human Options, an organization dedicated to assisting battered women and their children.

**KIDO, RIKA M.,** born Tokyo, Japan, March 12, 1981; admitted to the California Bar, 2010; admitted to the U.S. District Court, Central District of California, 2010; admitted to the U.S. District Court, Eastern, Northern and Southern Districts of California, 2011. Education: Middlebury College (B.A., 2003); University of California, San Diego (M.I.A., 2007); University of San Francisco School of Law (J.D., 2010). Co-Author: "Post-Default Enforcement of Rights Under UCC Financing," Orange County Bankruptcy Journal (Sept. 2010); "Operator, Can You Get Me an Extension? Extending the Automatic Stay to Non-Debtor Parties," 30 CAL. BANKR. J. 361 (2010). Featured Speaker: "Navigating Section 363 Sales in 2023," July 2023, Orange County Bar Association's Commercial Law & Bankruptcy Section; Co-Chair: Co-Chair, California Bankruptcy Forum's 38th Annual Insolvency Conference (May 2026); Education Co-Chair, California Bankruptcy Forum's 37th Annual Insolvency Conference (May 2025); Consumer Co-Chair, California Bankruptcy Forum's 36th Annual Insolvency Conference (May 2024); Co-Producer: "Dealer's Choice: The Benefits of RSAs and PSAs," California Bankruptcy Forum's 35th Annual Insolvency Conference (May 2023); "Should I Stay or Should I Go? Enforcing Arbitration Agreements in Bankruptcy Proceedings," California Bankruptcy Forum's 34th Annual Insolvency Conference (May 2022); "JAWS: A Judge's Discussion of Best Practices for Effective Advocacy Revisited," California Bankruptcy Forum's 26th Annual Insolvency Conference (May 2014). Memberships: Orange County Bankruptcy Forum, President (2023-2024), Vice President (2022-2023), Treasurer (2021-2022), Secretary (2020-2021), Board of Directors (2017-2021); California Network of the International Women's Insolvency & Restructuring Confederation, Treasurer (2020-2024), Secretary (2018-2019); Inland Empire Bankruptcy Forum; Orange County Bar Association; Japanese American Bar Association; Recognition: Southern California Super Lawyers Rising Star (2018, 2020, and 2021); Best Lawyers in America (2024, 2025).

**LIN, MIMI,** is a member of the firm's transactional department. She handles a variety of general business, corporate, real estate, and estate planning matters. She was admitted to the California State Bar in 2002. She is also admitted to the U.S. Tax Court. She earned a Juris Doctor in 2002 from Loyola Law School, Los Angeles, and a Bachelor of Science in Cognitive Science from the University of California, Los Angeles, in 1998.

**Exhibit 1 - Page 17**                    **Page 22**

**LOWE, MELISSA DAVIS**, born Mesa, Arizona, December 11, 1980; admitted to California Bar, 2006; U.S. District Court, Central District of California, 2007; Southern District of California, 2007; Eastern District of California, 2007; Northern District of California, 2010. Education: University of Arizona (B.S.B.A. in Finance 2003); Loyola Law School (J.D. 2006); Loyola Law School (Tax LL.M. 2008). Memberships: Orange County Bankruptcy Forum, serving as its President for 2013; Orange County Bar Association; Federal Bar Association of Orange County, Board of Directors, 2021-2024.

**O'DEA, RYAN D.**, Ryan is a member of the firm's bankruptcy department and is a resident of the Irvine office. Ryan graduated from the University of California, Irvine with a B.A. in Criminology and Law in 2006 and placed on the dean's honor roll. Mr. O'Dea received his law degree from Chapman University School of Law *cum laude* in 2010. During law school, Mr. O'Dea was the Notes Editor of the Chapman Journal of Criminal Justice, wrote for the Chapman Law Courier. During Mr. O'Dea's third year of law school, he served two semesters as a judicial extern to the Honorable Erithe Smith (U.S. Bankruptcy Court, Central District of California). After graduating from law school, Mr. O'Dea volunteered with the Superior Court of California – Orange County as an intern research attorney, and a judicial intern to the Honorable Kazuharu Makino and the Honorable Richard Toohey (Superior Court of California – Orange County). After passing the California Bar in 2010, Mr. O'Dea was hired by the Honorable Meredith Jury to serve a judicial clerkship with the U.S. Bankruptcy Court, Central District of California. In doing so, Mr. O'Dea served as a judicial law clerk to the Honorable Meredith Jury, the Honorable Scott Clarkson, the Honorable Deborah Saltzman, the Honorable Catherine Bauer, and the Honorable Mark Wallace.

**RATZLAFF, HOLLY M.** heads the firm's estate planning and probate department, specializing in estate plans, probate, trust administration and conservatorships. Ms. Ratzlaff has extensive experience assisting individuals and families navigate issues within the probate court. She is also a regular presenter within the community on estate planning and prides herself on educating the community on the importance of estate plans. Ms. Ratzlaff is also a licensed realtor, offering her clients a unique and useful perspective on real estate sales in probate and trust administration, as well as an added service for clients wanting to sell properties. Ms. Ratzlaff regularly lectures brokers and realtors on the nuances of selling real estate in probate. Education: University of Notre Dame (B.A. 2000); Whittier Law School (J.D. 2013) where she received the CALI Excellence Award in UCC Contract Law as well as Best Appellate Brief in the Gail P. Sonnenberg Oral Advocacy Moot Court competition. Ms. Ratzlaff externed for the Hon. Kimberly Menninger in the Superior Court of Orange County and has spent the last nine years practicing in Orange County, Riverside, San Bernardino and Los Angeles Counties.

## ASSOCIATES

**CASAL, MAX JACOB F.**, is a member of the firm's bankruptcy, litigation, and transactional departments and is a resident of the Irvine office. Admitted to the State Bar of California, 2022. Education: University of Arizona, Tucson, AZ (B.S., 2018); Temple University School of Law, Philadelphia, PA (J.D., 2021).

**GRUBER, YARITZA A.**, born Orange County, California, in 1998, is an associate working in the firm's litigation department and is a resident of the Irvine office. Admitted to California Bar, 2025. Education: University of Oregon (BA in Spanish language and society with a minor in legal studies, 2021; University of California, Irvine (J.D. 2025). While attending law school, Ms. Gruber designed algorithms and a user interface for an automated case citation generator. Additionally, she represented clients in court as a certified law student on behalf of UCI's Domestic Violence Law Clinic. Ms. Gruber was also the treasurer of the Jewish Law Association.

**THOMPSON, BROOKE S.**, born Huntington Beach, California, September 6, 1996; admitted to California Bar, 2023; U.S. District Court, Central District of California, 2023; Education: St John's University (BA in Political Science and Sociology 2018); St John's University (MA in American Government 2019); St John's University ( J.D. 2022).

**WHITMER-CABRERA**, **BRYAN,** born Mansfield, Ohio, October 30, 1966; is a member of the firm's litigation department and is a resident of the Irvine office. Admitted to the California Bar, 2007; Admitted to the U.S. District Court, Central District, 2009; Admitted to the U.S. District Court, Southern District, 2020. Education: Berklee College of Music, Boston, MA (B.A., 1991); California Western School of Law, San Diego, CA (J.D., 2007). Membership: Consumer Attorneys Association of Los Angeles; Orange County Bar Association.

**YANG YANG,** born Beijing, China, is a member of the firm's bankruptcy, litigation, and transactional departments and is a resident of the Irvine office. Admitted to California Bar, 2025; U.S. District Court, Central District of California, 2025. Education: China University of Political Science and Law (LL.B. 2017); UCLA School of Law (LL.M. 2019); University of Iowa College of Law (J.D., 2024). Yang is also a licensed attorney in the People's Republic of China.

**Exhibit 1 - Page 18**                    **Page 23**

**OF COUNSEL TO THE FIRM**

**DEAN, ERIC D.,** was admitted to the California Bar and Federal District Courts located in California in 1973  Education: University of California, Los Angeles, California (B.A., Bachelor of Arts, 1970); University of California at Los Angeles School of Law. Eric is an honors graduate of UCLA School of Law (J.D., Doctor of Jurisprudence, 1973). From 1999 to 2007,  Eric served as  general counsel for a national hotel development and management group that engaged in both ground up and property remediation projects with a portfolio of both branded and boutique hotels. Eric was the founder and chair of the Association of Hospitality Professionals from 2016-2020. Eric's represents hospitality, commercial real estate and brokerage clients in both transactional matters and  litigation/arbitration/ mediation of disputes. Eric recognizes that client relationships work best and are most cost effective when the attorney and client act as a team with open communications and a joint determination of the strategy that will best serve the achievement of each client's objectives. Eric is a member of the California Bar Real Estate and Litigation Sections and has written multiple articles and spoken before trade groups on multiple real estate related topics.

**GALOSIC, JOSEPH M.,** Joseph M. Galosic practices in the area of commercial, real estate, business and general civil litigation, including real property, secured transactions, bankruptcy, and commercial code issues. Significant real estate experience includes judicial and non-judicial foreclosures, appointment of receiver, deficiency judgment, and landlord-tenant issues.  Mr. Galosic's collection litigation experience includes writs, receivers, execution levy, wage garnishment and judgment debtor examinations.  Mr. Galosic has represented various banks and financial institutions, the Resolution Trust Corporation, commercial real estate management companies, small businesses and individuals.  Mr. Galosic was admitted to the California Bar in 1987, and is admitted to practice in the United States District Courts, Central District, Northern District, Eastern District, and Southern District.  Mr. Galosic graduated from the University of Southern California in 1984 with a Bachelor's degree.  He earned his law degree from Pepperdine University School of Law in 1987, where he received an American Jurisprudence Award in Business Planning and the awards for 1st Place Best Team and 1st Place Best Brief in the Vincent S. Dalsimer Moot Court Competition.

**PARALEGALS**

**D'ALESSANDRO, ALLIE,** Experience: Over three years of experience as an estate planning and litigation paraprofessional working under the direct supervision of active members of the California State Bar and attorneys who practice in federal courts located in California. Attorney Attestation.

**GAUTHIER, LORI,** Education:  Orange Coast College (A.A. 1980).  Thirty years of experience as a bankruptcy paraprofessional working under the direct supervision of active members of the California State Bar and attorneys who practice in federal courts located in California. Featured Speaker:  Ms. Gauthier has been a guest instructor at the University of California Extension at Irvine regarding the paralegal's role in a Chapter 11 case, and has appeared as a guest lecturer at the University of Southern California Legal Assistants' program discussing the paralegal's role in relief from stay actions and creditor rights. Recognitions:  Recipient of the University of California, Irvine School of Law's 2017 Pro Bono Community Advocate Award.

**LITTLE, PAMELA G.,**  Education:   Chicago College of Commerce (1979); Paralegal Program, University of California at Irvine, Extension. American Bar Association Certification (Completion with Honors 1991).  Member:  Orange County Paralegal Association; National Notary Association.

**LOHAYZA, ERLANNA L.**, Education: Paralegal Program, University of California at Irvine, Extension, American Bar Association Certification (Completion 1996); Formerly:  Recording Secretary for Newport-Santa Ana Legal Secretaries Association (now known as NALS of Orange County), 2000-2002; Author of "Thomson West's California Legal Filing Directory," 2018-2024.

**VERNON, ANNE MARIE,**   Education: Coastline Community College, Costa Mesa (A.A. 2004); Paralegal Program, Coastline Community College, American Bar Association Certification (Completion 2004); Member:  Orange County Paralegal Association.

**WALSWORTH, TAMMY**, Education:  Chaffey Community College, (A.S. 1991); California State University, San Bernardino, (B.A. Criminal Justice, 1998); California State University, San Bernardino (B.A. Business Administration, 1998); Paralegal Program, California State University, San Bernardino, American Bar Association Certification (Completion 1997); Member:  Bankruptcy Judicial Assistants Association.

**Exhibit 1 - Page 19**                              **Page 24**

**WOOTEN, TONIA N.,** <u>Experience</u>: Over 24 years of experience as a bankruptcy and litigation paraprofessional working under the direct supervision of active members of the California State Bar and attorneys who practice in federal courts located in California. Attorney Attestation. She is a Trustee Case Administrator beginning 2010 to present for the firm's partner, Lynda T. Bui. Author: Article, "Finding the Unscheduled Assets – Insurance Agent/Broker Renewal Commissions," National American Bankruptcy Trustee Journal (Winter 2022).

**Exhibit 1 - Page 20**

**Hourly Rates**

| Attorneys | Hourly Rate |
| --- | --- |
| Leonard M. Shulman | $795 |
| James C. Bastian, Jr. | $795 |
| Alan J. Friedman | $795 |
| J. Ronald Ignatuk | $745 |
| Franklin J. Contreras | $745 |
| Ryan O'Dea | $745 |
| Shane M. Biornstad | $745 |
| Melissa Davis Lowe | $645 |
| Rika M. Kido | $645 |
| Lynda T. Bui | $645 |
| Mimi Lin | $695 |
| Bryan Whitmer-Cabrera | $595 |
| Max Casal | $575 |
| Holly M. Ratzlaff | $550 |
| Brooke Thompson | $550 |
| Yang Yang | $450 |
| Yaritza Gruber | $400 |

**Paralegals:**

| | |
| --- | --- |
| Erlanna L. Lohayza | $395 |
| Pamela G. Little | $395 |
| Lori Gauthier | $395 |
| Allie D'Alessandro | $395 |
| Anne Marie Vernon | $295 |
| Tammy Walsworth | $295 |
| Tonia Wooten | $295 |

**Of Counsel:**

| | |
| --- | --- |
| Eric D. Dean | $695 |
| Joseph M. Galosic | $695 |

**Exhibit 1 - Page 21**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP AS GENERAL COUNSEL; DECLARATIONS OF CHARLES W. DAFF AND RIKA M. KIDO IN SUPPORT [with Notice of Opportunity to Request a Hearing]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Chapter 7 Trustee**:  Charles W Daff (TR)     charleswdaff@gmail.com, c122@ecfcbis.com
- **Attorney for Yaqin Liu**:  Evelina Gentry     evelina.gentry@akerman.com, eileen.lewis@akerman.com; reyko.delpino@akerman.com
- **Attorney for Debtor**:  Zheng Liu     Andy.Liu@AptumLaw.us, 4662851420@filings.docketbird.com, bjliuzheng@recap.email, hkoscarlam@gmail.com
- **Interested Party**:  United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 11, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 11, 2026 | Erlanna Lohayza | */s/ Erlanna Lohayza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST

**Debtor**
BIN ZHANG
33276 ALAGON ST
TEMECULA, CA 92592-1327

**NEF - Attorney for Debtor**
ZHENG LIU
APTUM LAW
1660 S AMPHLETT BLVD SUITE 315
SAN MATEO, CA 94402-2527

**NEF - Interested Party**
UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3255

**NEF - Chapter 7 Trustee**
CHARLES W DAFF (TR)
100 SPECTRUM CENTER DRIVE
SUITE 600
IRVINE, CA 92618-4969

**Creditor Listing**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**Creditor Listing**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**Creditor Listing**
AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265-0448

**Creditor Listing**
CVS CORPORATION
1 CVS DRIVE
WOONSOCKET, RI 02895-6195

**Creditor Listing**
CITIBANK, N.A.
P.O. BOX 790034
SAINT LOUIS, MO 63179-0034

**Creditor Listing**
DEREK LEE
800 S BARRANCA AVE STE 238
COVINA, CA 91723-3680

**Creditor Listing**
GOLDMAN SACHS BANK USA
LOCKBOX 6112
P.O. BOX 7247
PHILADELPHIA, PA 19170-6112

**Creditor Listing**
KAISER PERMANENTE
P.O. BOX 30766
SALT LAKE CITY, UT 84130-0766

**Creditor Listing**
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019-4620

**Creditor Listing**
SANTANDER CONSUMER USA INC.
P.O. BOX 961245
FORT WORTH, TX 76161-0244

**Creditor Listing**
TEMECULA MODERN DENTISTRY
40705 WINCHESTER RD, STE A103
TEMECULA, CA 92591-5516

**Creditor Listing**
YAQIN LIU
2514 CORDOBA RANCH BLVD
LUTZ, FL 33559-3915

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Chapter 7 Trustee**:  Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
- **Attorney for Yaqin Liu**: Evelina Gentry    evelina.gentry@akerman.com, eileen.lewis@akerman.com; reyko.delpino@akerman.com
- **Attorney for Trustee**:  Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Attorney for Debtor**:  Zheng Liu    Andy.Liu@AptumLaw.us, 4662851420@filings.docketbird.com, bjliuzheng@recap.email, hkoscarlam@gmail.com
- **Interested Party**:  United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
U.S. Bankruptcy Court
Attn:  Honorable Scott H. Yun
3420 Twelfth Street, Suite 345
Riverside, CA  92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2026 | Erlanna Lohayza | */s/ Erlanna Lohayza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                           **F 9013-3.1.PROOF.SERVICE**