Lynda T. Bui – Bar No. 201002
Rika M. Kido – Bar No. 273780
Yang Yang – Bar No. 361803
SHULMAN BASTIAN FRIEDAN BUI &
O'DEA LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
E-mail:    LBui@shulmanbastian.com
              RKido@shulmanbastian.com
              YYang@shulmanbastian.com

Proposed Attorneys for Charles W. Daff,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sandoval DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

In re

BIN ZHANG,

Debtor.

Case No.  6:26-bk-10804-SY

Chapter 7

**ORDER GRANTING APPLICATION AND AUTHORIZING THE TRUSTEE TO EMPLOY SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP AS GENERAL COUNSEL**

[No Hearing Set Pursuant to Local Bankruptcy Rule 2014-1(b)]

The court having read and considered the Chapter 7 Trustee's Application to Employ Shulman Bastian Friedman Bui & O'Dea LLP as General Counsel ("Application") [Docket no. 30] filed by Charles W. Daff ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Bin Zhang, and it appearing from the Declaration That No Party Requested a Hearing on Motion that no opposition has been filed [Docket no. 33], and good cause having been shown,

**IT IS ORDERED** that:

1.      The Application is granted.

2.      Shulman Bastian Friedman Bui & O'Dea LLP ("Firm") is a "disinterested person" as defined by 11 U.S.C. § 101(14), and the Firm holds no interest adverse to the debtor

1

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Order#1503574#8a594bac-fce8-47f7-bb0c-fa284b737e36

7313-000\EXP. 62

or the estate.

3.      The Trustee is authorized under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014(a) to employ the Firm as his general counsel to render services in this case, effective as of April 10, 2026, with compensation in such amount as the court may hereafter allow in accordance with the law on the terms set forth in the Application.

4.      Compensation to be received hereafter by the Firm is subject to approval by the court upon appropriate application and hearing in accordance with 11 U.S.C. §§ 330 and 331.

###

Date: June 9, 2026

Scott H. Yun
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Order#1503574#8a594bac-fce8-47f7-bb0c-fa284b737e36

7313-000\EXP. 62