United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 26-10804-SY

Bin Zhang                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID          Recipient Name and Address**
db          + Bin Zhang, 33276 Alagon St, Temecula, CA 92592-1327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| Evelina Gentry | on behalf of Plaintiff DuoDuo Cao evelina.gentry@akerman.com  eileen.lewis@akerman.com;reyko.delpino@akerman.com |
| Evelina Gentry | on behalf of Creditor Yaqin Liu evelina.gentry@akerman.com  eileen.lewis@akerman.com;reyko.delpino@akerman.com |
| Rika Kido | on behalf of Trustee Charles W Daff (TR) rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Zheng Liu | on behalf of Debtor Bin Zhang Andy.Liu@AptumLaw.us  4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com |

District/off: 0973-6            User: admin            Page 2 of 2

Date Rcvd: Jun 09, 2026            Form ID: pdf042            Total Noticed: 1

Zheng Liu

on behalf of Defendant Bin Zhang Andy.Liu@AptumLaw.us
4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com

TOTAL: 7

Lynda T. Bui – Bar No. 201002
Rika M. Kido – Bar No. 273780
Yang Yang – Bar No. 361803
SHULMAN BASTIAN FRIEDAN BUI &
O'DEA LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:     (949) 340-3400
Facsimile:     (949) 340-3000
E-mail:        LBui@shulmanbastian.com
               RKido@shulmanbastian.com
               YYang@shulmanbastian.com

Proposed Attorneys for Charles W. Daff,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sandoval DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re

BIN ZHANG,

Debtor.

Case No.  6:26-bk-10804-SY

Chapter 7

**ORDER GRANTING APPLICATION AND AUTHORIZING THE TRUSTEE TO EMPLOY SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP AS GENERAL COUNSEL**

[No Hearing Set Pursuant to Local Bankruptcy Rule 2014-1(b)]

The court having read and considered the Chapter 7 Trustee's Application to Employ Shulman Bastian Friedman Bui & O'Dea LLP as General Counsel ("Application") [Docket no. 30] filed by Charles W. Daff ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Bin Zhang, and it appearing from the Declaration That No Party Requested a Hearing on Motion that no opposition has been filed [Docket no. 33], and good cause having been shown,

**IT IS ORDERED** that:

1.      The Application is granted.

2.      Shulman Bastian Friedman Bui & O'Dea LLP ("Firm") is a "disinterested person" as defined by 11 U.S.C. § 101(14), and the Firm holds no interest adverse to the debtor

1

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Order#1503574#8a594bac-fce8-47f7-bb0c-fa284b737e36

7313-000\EXP. 62

or the estate.

3.     The Trustee is authorized under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014(a) to employ the Firm as his general counsel to render services in this case, effective as of April 10, 2026, with compensation in such amount as the court may hereafter allow in accordance with the law on the terms set forth in the Application.

4.     Compensation to be received hereafter by the Firm is subject to approval by the court upon appropriate application and hearing in accordance with 11 U.S.C. §§ 330 and 331.

###

Date: June 9, 2026

Scott H. Yun
United States Bankruptcy Judge

2

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Order#1503574#8a594bac-fce8-47f7-bb0c-fa284b737e36

7313-000\EXP. 62